1 | Paul Hastings LLP
2 | Bradford K. Newman (SBN 178902)
  | Jessica E. Mendelson (SBN 280388)
3 | Emily J. Stover (SBN 318912)
4 | 1117 S. California Avenue
  | Palo Alto, CA 94304
5 | Telephone: 1(650) 320-1800
6 | Facsimile: 1(650) 320-1900

7 | Attorneys for OPUS BANK

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| OPUS BANK, | CASE NO.: 8:17-CV-00633-CJC-KES |
|---|---|
| Plaintiff, | **NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION TO COMPEL JAMES ALLAN, LLC TO PROVIDE FURTHER DISCOVERY RESPONSES AND DOCUMENTS** |
| v. | |
| DONIKA SCHNELL, MICHAEL KINNICK, SHARMILA SOLANKI, and BRYAN NANCE, | |
| Defendants. | [DISCOVERY DOCUMENT: REFERRED TO MAGISTRATE JUDGE KAREN E. SCOTT] |
| | Honorable Karen E. Scott |
| | Hearing date: February 13, 2018<br>Hearing Time: 10:00 a.m.<br>Courtroom: 6D |

NOTICE OF WITHDRAWAL OF MOTION TO COMPEL JAMES ALLAN LLC

| | |
|---|---|
| 1 | TO THE COURT, DEFENDANTS, NON-PARTY JAMES ALLAN LLC AND THEIR ATTORNEYS OF RECORD: |

After Plaintiff Opus Bank filed its Motion to Compel against James Allan LLC, James Allan made a supplemental document production and responded to Plaintiff Opus Bank's follow up inquiries by confirming in writing that all documents responsive to Opus' subpoena – including documents that were previously withheld – have now been produced. As a result, Opus hereby withdraws its Motion to Compel James Allan, LLC to Provide Further Discovery Responses and Documents (Docket Nos. 69-70).

DATED: February 2, 2018        Paul Hastings LLP


By:      /s/ Bradford K. Newman

Bradford K. Newman

Attorneys for Plaintiff
Opus Bank

-1-
NOTICE OF WITHDRAWAL OF MOTION TO COMPEL JAMES ALLAN LLC