Paul Hastings LLP
Bradford K. Newman (SBN 178902)
Jessica E. Mendelson (SBN 280388)
1117 S. California Avenue
Palo Alto, CA 94304
Telephone: 1(650) 320-1800
Facsimile: 1(650) 320-1900

Attorneys for OPUS BANK

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| OPUS BANK,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DONIKA SCHNELL, MICHAEL KINNICK, SHARMILA SOLANKI, and BRYAN NANCE,<br><br>　　　　Defendants. | CASE NO.: 8:17-CV-00633-CJC-KES<br><br>**PROTECTIVE ORDER RE AEO DOCUMENT**<br><br>Honorable Karen E. Scott<br><br>[DISCOVERY DOCUMENT: REFERRED TO MAGISTRATE JUDGE KAREN E. SCOTT] |

Pursuant to the Court's February 26, 2018 Order (Dkt. No. 120), Opus Bank and MB Financial, by and through their counsel, hereby stipulate to the following:

1. Opus shall produce a document containing all client names found in the "two-page spreadsheet of Opus pipeline clients" referenced by the Court on page 4 of the Court's February 26, 2018 Order (the AEO List) to counsel for MB Financial, Chris Scheithauer. A copy of this document shall also be provided to Counsel for the Defendants in this matter.

2. Opus' disclosure of the AEO List does not constitute an approval of or a waiver of the trade secret status of this information, and no Party nor MB Financial shall make any such argument.

3. The AEO List shall be treated as Attorney's Eyes Only, and shall be used solely for the purposes of allowing McDermott Will & Emery and its e-discovery center personnel to electronically search MB Financial's records for hits of the client names found on the AEO List and to produce documents in response to the Court's February 26, 2018 Order, for trial and hearing preparation, and during trial or hearings. Utilizing the AEO List is necessary, but not sufficient, for MB Financial to meets its obligations under the Court's February 26, 2018 Order.

4. The AEO List shall not be disclosed, except by the prior written consent of Opus, or pursuant to an order of this Court, to any person other than the following:

(a) One in-house attorney, from MB Financial, namely John Peschke, Associate General Counsel, who has agreed to be bound by the terms of this Order;

(b) The outside attorneys from Mr. Scheithauer's firm, McDermott Will & Emery LLP, and any employees working under his supervision, including, without limitation, those employees working in the discovery center of McDermott Will & Emery LLP;

(c) The outside attorneys for the Parties in this litigation;

(d) Court officers and supporting personnel, court reporters and videographers as necessary for this case; and

(e) MB Financial's or any Party's retained e-discovery vendor, including, but not limited to, the discovery center at McDermott Will & Emery LLP.

(f) The aforementioned people shall not disseminate, share, copy or forward the AEO List to any party or person other than those mentioned above.

(g) All search results produced by MB Financial following the search for the terms included in the AEO List shall be provisionally marked and treated as AEO and visible only to (1) the individuals listed in 4(a)-(e); (2) the author of the documents in question; and (3) one-in house attorney, from Opus Bank, namely Andres Gallardo, who has agreed to be bound by the terms of this Order.

5. The Parties shall then have thirty (30) days to review these documents and meet and confer regarding de-designation where appropriate. MB Financial and the Parties to this case reserve the right to challenge any designations applied to this document at a future Informal Discovery Conference.

6. If the AEO List or any of the search results are to be filed with the Court, the filer must comply with Civil Local Rule 79-5. Counsel for MB Financial shall utilize the AEO List solely to assist their client in responding to the Opus discovery covered by the Court's February 26, 2018 order, trial and hearing preparation, and during trial or hearings.

7. Counsel for MB Financial and the Parties to this litigation shall maintain the confidentiality of the AEO List throughout this case. Within sixty (60) days after the final termination of this litigation, or any agreement between the Parties to this litigation resolving all disputes, Counsel for MB Financial and the other Parties shall return to Opus, or certify in writing the destruction of the AEO List and all copies thereof.

8. Nothing in this Protective Order shall determine ownership rights in any search term 'hits' generated from the AEO List. All Parties reserve all rights regarding whether MB Financial properly owns responsive data or whether it constitutes Opus property. The purpose of this Protective Order is solely to further MB Financial's

compliance with the Court's February 26, 2018 Order while protecting the identity of the customers Opus is producing from the AEO List.

**IT IS SO ORDERED:**

DATED: <u>March 22, 2018</u>

_____
Hon. Karen E. Scott, U.S. Magistrate Judge